```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Twila D. McInnis

    v.                                        Civil No. 15cv486-JD

James H. McInnis

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 16, 2016.

    SO ORDERED.

                                                        */s/ Joseph A. DiClerico, Jr.*
                                                         Joseph A. DiClerico, Jr.
                                                         United States District Judge

Date: July 7, 2016

cc:    Twila D. McInnis, pro se
        James H. McInnis, pro se